# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>ADELE WEAVER<br><br>　　　　　　　　　DEBTOR | CASE NO. 17-41113<br>CHAPTER 7 |
| LINDA S. PAYNE,<br>CHAPTER 7 TRUSTEE<br>　　　　　　　　　PLAINTIFF<br><br>V.<br><br>YEN THI CAO<br><br>　　　　　　　　　DEFENDANT | ADVERSARY PROCEEDING NO. 17- |

## SUMMONS IN ADVERSARY PROCEEDING

TO:　　　　Yen Thi Cao
　　　　　　6806 Metro Blvd.
　　　　　　Houston, TX  77083

YOU ARE HEREBY SUMMONED and required to submit a Motion or Answer to the Complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> **ADDRESS OF CLERK OF THE BANKRUPTCY COURT:**
> 660 NORTH CENTRAL EXPRESSWAY, SUITE 300B
> PLANO, TEXAS 75074

At the same time, you must also serve a copy of the Motion or Answer upon the Plaintiff's attorney.

> **NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**
> BILL F. PAYNE
> THE LAW OFFICES OF BILL F. PAYNE, P.C.
> 12770 COIT ROAD, SUITE 541
> DALLAS, TEXAS 75251

If you make a Motion, your time to answer is governed by FED. R. BANKR. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

## CERTIFICATE OF SERVICE

I, Bill F. Payne, certify that on the _____ day of November 2017, a true and correct copy of the Complaint, together with the Summons was served by first class United States mail as follows:

Yen Thi Cao
6806 Metro Blvd.
Houston, TX  77083

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  Under penalty of perjury, I declare that the foregoing is true and correct.

Respectfully submitted,

/s/ Bill F. Payne
Bill F. Payne
Texas Bar No. 15649500
THE LAW OFFICES OF BILL F. PAYNE, P.C.
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4901 Phone
bill@wpaynelaw.com
ATTORNEY FOR CHAPTER 7 TRUSTEE